**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOCELYN TORO,

    Plaintiff,

v.                                                  Case No:   6:23-cv-1059-WWB-LHP

UNITE HERE 362 and TCU LODGE 1908,

    Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR JOINDER  (Doc. No. 29)
>
> **FILED:** November 30, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice.**

By the above-styled motion, Plaintiff, proceeding *pro se*, requests "joinder of TCU Lodge 1908 as defendant and for the EEOC Right to Sue Letter and all administrative remedies to be recognized as completed or exhausted."  Doc. No. 29.  Upon review, the motion will be denied without prejudice for failure to comply

- 2 -

with the Local Rules.  Specifically, the motion fails to include a memorandum of legal authority as required by Local Rule 3.01(a), and thus fails to establish the propriety of the relief Plaintiff seeks.   In addition, the motion fails to comply with the conferral requirements of Local Rule 3.01(g).   Any renewed motion must comply with the Local Rules.

    **DONE** and **ORDERED** in Orlando, Florida on November 30, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties