# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOCELYN TORO,

        Plaintiff,

v.                                                           Case No:   6:23-cv-1059-WWB-LHP

UNITE HERE 362 and TCU LODGE 1908,

        Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   MOTION REQUESTING JOINDER OF TCU LODGE 1908   (Doc. No. 32)
>
> **FILED:**      December 4, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

On November 30, 2023, the Court denied without prejudice *pro se* Plaintiff's motion requesting "joinder of TCU Lodge 1908 as defendant and for the EEOC Right to Sue Letter and all administrative remedies to be recognized as completed

or exhausted," because Plaintiff's motion failed to comply with the Local Rules, including Local Rules 3.01(a) and 3.01(g).  Doc. No. 30.  *See* Doc. No. 29.  Now before the Court is Plaintiff's renewed motion.  Doc. No. 32.  Upon review, the renewed motion suffers the same deficiencies.  *Id.*  Specifically, although Plaintiff includes a heading labeled "Memorandum of Law," the motion is devoid of citation to any legal authority.  *Id.*  And the motion once again fails to contain a Local Rule 3.01(g) certification; the ambiguous statement regarding an email and phone call in the "Certificate of Service" does not suffice.  *Id.*  *See* Local Rule 3.01(g)(2).  For these reasons, the motion (Doc. No. 32) is **DENIED without prejudice**.  Any renewed motion must fully comply with the Local Rules and include a memorandum of legal authority supporting the relief Plaintiff seeks.

Plaintiff is cautioned that her *pro se* status does not absolve her of her duty to comply with all applicable Court Orders, Local Rules, and Federal Rules of Civil Procedure.  *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989).  Future failures to comply may result in the denial of the motion without leave to refile.

**DONE** and **ORDERED** in Orlando, Florida on December 5, 2023.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties