**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOCELYN TORO,

        Plaintiff,

v.                                          Case No:   6:23-cv-1059-WWB-LHP

UNITE HERE 362 and TCU LODGE 1908,

        Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION REQUESTING JOINDER OF TCU LODGE 1908   (Doc. No. 34)
>
> **FILED:** December 19, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff, proceeding *pro se*, files her third request for "joinder of defendant TCU Lodge 1908." Doc. No. 34. The Court denied without prejudice two prior versions of this motion for failure to comply with the Local Rules, including Local Rules 3.01(a) and 3.01(g). Doc. Nos. 29, 30, 32, 33. The Court cautioned Plaintiff

that, although she proceeds *pro se*, she is still obligated to comply with all applicable Court Orders, Local Rules, and Federal Rules of Civil Procedure. Doc. No. 33, at 2. The Court further warned Plaintiff that future failures to comply may result in the denial of the motion without leave to refile. *Id.* However, the present motion once again fails to comply with Local Rule 3.01(a), does not contain a memorandum of legal authority, and cites no legal authority supporting a request for "joinder" of TCU Lodge 1908, which is already a named Defendant in this case. *See* Doc. No. 34. Nor does Plaintiff explain why amendment to the complaint—to the extent she is permitted to amend, *see* Doc. No. 24—would not be the proper avenue for the relief she seeks. *See* Doc. No. 34. For these reasons, the Motion Requesting Joinder of TCU Lodge 1908 (Doc. No. 34) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on January 8, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties